UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOURDES GANDARILLA-DUARTE,<br><br>                              Petitioner,<br><br>     v.<br><br>ISRAEL JACQUEZ,<br><br>                              Respondent. | Case No. C19-0535-RSL<br><br>ORDER DISMISSING FEDERAL<br>HABEAS PETITION |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1)     The Report and Recommendation is approved and adopted;

(2)     Petitioner's federal habeas petition (Dkt. 1) is DENIED, and this action is DISMISSED with prejudice; and

(3)     The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Mary Alice Theiler.

Dated this 29th day of July, 2019.

ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION - 1